UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ARELLANO, JR.,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>OFFICER HODGE, et al.,<br><br>　　　　　　　　　Defendants. | Case No.: 14-CV-590 JLS (JLB)<br><br>**ORDER GRANTING JOINT MOTION TO REOPEN DISCOVERY**<br><br>(ECF No. 244) |

　　　Presently before the Court is the Parties' Joint Motion to Reopen Discovery (ECF No. 244). The Parties agree that the Court should reopen discovery and that discovery will be completed on or before June 17, 2022. Good cause appearing, the Court **GRANTS** the Joint Motion. Discovery shall be reopened and completed <u>on or before June 17, 2022</u>.

　　　**IT IS SO ORDERED.**

Dated: February 24, 2022

　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　United States District Judge