# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CASES TO BE TRANSFERRED TO THE CALENDAR OF THE HONORABLE RUTH BERMUDEZ MONTENEGRO | **ORDER OF TRANSFER** |

The following cases are transferred from the calendar of the Honorable Janis L. Sammartino to the calendar of the Honorable Ruth Bermudez Montenegro. After this transfer, the case number should be changed to reflect the initials of Judge Montenegro. Therefore, in all case numbers, the "JLS" that appears after the case number should be changed to "RBM." The assigned magistrate judge will remain the same. This change should be made on all future filings to ensure that all documents are properly sent to Judge Montenegro. All dates currently set before Judge Sammartino are vacated and will be reset by Judge Montenegro. Dates before the assigned magistrate judge are unaffected by this Order.

1. 18cv823, *Talavera Hair Products, Inc. v. Taizhou Yunsung Electrical Appliance Co., LTD. et al*
2. 22cv286, *Ward v. Credence Resource Management, LLC et al*
3. 20cv2253, *Polus v. Sharp Healthcare et al*

4.     21cv1981, *Keeler v. County of San Diego et al*
      (and related case)
      21cv1979, *Keeler v. County of San Diego et al*
5.     21cv1189, *Randall v. Saul*
6.     19cv970, *Orthopaedic Hospital v. DJO Global, Inc. et al*
7.     14cv590, *Arellano v. Officer Hodge et al*
      (and related case)
      15cv2247, *Arellano, Jr. v. Dean et al*
8.     21cv417, *Lindland v. TuSimple, Inc.*
9.     20cv1453, *Lopez v. Smiths Detection, Inc.*
10.    21cv1970, *Saveene Corp. v. Remo et al*
11.    21cv1118, *Block Scientific, Inc. v. True Diagnostics, Inc. et al*

**IT IS SO ORDERED**.

Dated: April 7, 2022

Hon. Janis L. Sammartino
United States District Judge